# Court of Appeals
# of the State of Georgia

ATLANTA, ___August 30, 2013___

*The Court of Appeals hereby passes the following order:*

## A13A1596.  MEACHAM v. ALEXANDER.

An appeal in the captioned case was docketed in this Court on April 9, 2013. The Appellant's brief, including enumeration of errors, was due to be filed within 20 days after the case was docketed – no later than April 29, 2013.  Court of Appeals Rules 22 (a); 23 (a).  Appellant did not comply with the rules of this Court requiring that an appellate brief and enumeration of errors be filed within 20 days after the case was docketed, nor did Appellant request an extension of time before expiration of the 20-day filing deadline.  Accordingly, the appeal in the captioned case is DISMISSED. Court of Appeals Rule 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*_08/30/2013_____
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

 *, Clerk.*